## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMSTED INDUSTRIES INCORPORATED,**

**Plaintiff,**

**v.**                                        **No. 11-cv-659-DRH**

**TIANRUI GROUP FOUNDRY COMPANY, LTD.;**
**CSR QISHUYAN LOCOMOTIVE COMPANY, LTD.;**
**STANDARD CAR TRUCK COMPANY, INC.;**
**WESTINGHOUSE AIR BRAKE TECHNOLOGIES**
**CORPORATION; CKD KUTNA HORA, A.S.; and**
**OMNICAST, LLC,**

**Defendants.**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that defendant CSR Qishuyan Locomotive Company, Ltd., has not filed the required FEDERAL RULE OF CIVIL PROCEDURE 7.1 disclosure statement. Thus, the Court ORDERS defendant CSR Qishuyan Locomotive Company, Ltd., to file its disclosure statement on or before October 13, 2011.


**IT IS SO ORDERED.**

Signed this 6th day of October, 2011.

Digitally signed by David
R. Herndon
Date: 2011.10.06
12:14:00 -05'00'

**Chief Judge**
**United States District Court**