IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMSTED INDUSTRIES INCORPORATED,**

**Plaintiff,**

**v.**  No. 11-cv-659-DRH

**TIANRUI GROUP FOUNDRY COMPANY, LTD.;
CSR QISHUYAN LOCOMOTIVE COMPANY, LTD.;
STANDARD CAR TRUCK COMPANY, INC.;
WESTINGHOUSE AIR BRAKE TECHNOLOGIES
CORPORATION; CKD KUTNA HORA, A.S.; and
OMNICAST, LLC,**

**Defendants.**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that defendant Tianrui Group Foundry Company, Ltd., has not filed the required Federal Rule of Civil Procedure 7.1 disclosure statement. Thus, the Court ORDERS defendant Tianrui Group Foundry Company, Ltd., to file its disclosure statement on or before October 13, 2011.

**IT IS SO ORDERED.**

Signed this 6th day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.06 12:17:28 -05'00'

Chief Judge
United States District Court